# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT LAVAR JENKINS

NO. 2019 KW 1428

DEC 2 3 2019

---

In Re:   Robert Lavar Jenkins, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 483,740.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT